| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>ERDMANN, CHARLES E. | 2. Court or Organization<br><br>U S COURT OF APPEALS - ARMED FORCES | 3. Date of Report<br><br>07/05/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>ASSOCIATE JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>C/O LOPACH & CARPARELLI, PC<br>863 GREAT NORTHERN BOULEVARD, SUITE 202<br>HELENA, MT 59601 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT
Page 2 of 9

**Name of Person Reporting**

ERDMANN, CHARLES E.

**Date of Report**

07/05/2016

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | STATE OF MONTANA RETIREMENT INCOME |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 07/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GENWORTH FINANCIAL ANNUITY | A | Interest | J | T | Buy (add'l) | 12/31/15 | J | | |
| 2. NORTHWESTERN MUTUAL LIFE INS - CASH VALUE OF POLICIES | B | Dividend | J | T | Buy (add'l) | 12/31/15 | J | | |
| 3. CAPITAL ONE BANK - CHECKING & SAVINGS | A | Interest | K | T | Distributed (part) | 12/31/15 | K | | |
| 4. OPPORTUNITY BANK (NAME CHANGE)- CHECKING & SAVINGS | A | Interest | J | T | Buy (add'l) | 12/31/15 | J | | |
| 5. CHARLES SCHWAB IRA | | | | | | | | | |
| 6. - SCHWAB MM CASH | A | Int./Div. | J | T | | | | | |
| 7. - AMERICAN CENTURY EQUITY GROWTH FUND | B | Dividend | K | T | Buy (add'l) | 12/15/15 | J | | |
| 8. - HARDING LOEVNER EMERGING MARKETS FUND | A | Dividend | J | T | Buy (add'l) | 12/18/15 | J | | |
| 9. - PERKINS MID CAP VALUE FUND | B | Dividend | K | T | Buy (add'l) | 12/21/15 | J | | |
| 10. - UMB SCOUT INTERNATIONAL FUND | A | Dividend | J | T | Buy (add'l) | 12/18/15 | J | | |
| 11. U S TRUST IRA | | | | | | | | | |
| 12. - U S TRUST IRA - MONEY MARKET ACCOUNT | A | Int./Div. | J | T | Redeemed (part) | 06/19/15 | K | | |
| 13. - BERKSHIRE HATHAWAY INC CL B | A | Dividend | L | T | | | | | |
| 14. - COLUMBIA CONTRARIAN FUND | A | Dividend | K | T | Open | 06/29/15 | K | | |
| 15. - COLUMBIA DIVIDEND INCOME FUND | A | Dividend | | | Closed | 06/29/15 | K | E | |
| 16. - COLUMBIA SELECT LARGE CAP GROWTH FUND | A | Dividend | K | T | Buy (add'l) | 06/19/15 | J | | |
| 17. - ISHARES CORE S&P MID CAP ETF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 07/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - JANUS INVESTMENTS ENTERPRISE FUND | A | Dividend | J | T | | | | | |
| 19. - ISHARES RUSSELL 2000 ETF | A | Dividend | K | T | | | | | |
| 20. - TOUCHSTONE SMALL CAP GROWTH FUND | A | Dividend | J | T | Buy (add'l) | 06/29/15 | J | | |
| 21. - DBX TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | J | T | Open | 06/02/15 | K | | |
| 22. - OPPENHEIMER INTL GROWTH FUND | A | Dividend | K | T | | | | | |
| 23. - VANGUARD FTSE DEVELOPED MARKETS ETF | A | Dividend | K | T | | | | | |
| 24. - LAZARD EMERGING MKTS EQUITY PORTFOLIO | A | Dividend | J | T | | | | | |
| 25. - VANGUARD FTSE EMERGING MARKETS ETF | A | Dividend | K | T | | | | | |
| 26. - PRUDENTIAL SHORT-TERM CORP BOND FUND | A | Dividend | K | T | | | | | |
| 27. - METRO WEST T/R BOND CL 1 | A | Dividend | K | T | Buy (add'l) | 01/12/15 | J | | |
| 28. | | | | | Sold (part) | 06/29/15 | J | A | |
| 29. - PIMCO FOREIGN BOND FUND | A | Dividend | | | Closed | 05/29/15 | J | A | |
| 30. - FIDELITY ADVISOR FLOATING RATE HIGH INCOME FUND | A | Dividend | J | T | | | | | |
| 31. - IVY ASSET STRATEGY FUND | A | Dividend | | | Closed | 01/12/15 | J | A | |
| 32. - PIMCO ALL ASSET FUND | A | Dividend | | | Closed | 08/20/15 | J | A | |
| 33. - BLACKROCK GLOBAL LONG/SHORT FUND | A | Dividend | J | T | Open | 06/29/15 | J | | |
| 34. - GOLDMAN SACHS ABSOLUTE RETURN TRACKER FUND | A | Dividend | J | T | Open | 06/29/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 07/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - ROBECO BOSTON PARTNERS LONG/ SHORT FUND | A | Dividend | K | T | Open | 08/20/15 | K | | |
| 36. - PRUDENTIAL GLOBAL REAL ESTATE FUND | A | Dividend | K | T | Sold (part) | 06/29/15 | J | A | |
| 37. - ISHARES GOLD TRUST | A | Dividend | J | T | | | | | |
| 38. - CREDIT SUISSE COMMODITY RETURN STRATEGY FUND | A | Dividend | | | Closed | 01/07/15 | J | A | |
| 39. - I SHARES 20 YEAR TREASURY BONDS | A | Dividend | | | Open | 01/14/15 | J | | |
| 40. | | | | | Closed | 05/15/15 | J | A | |
| 41. U S TRUST JOINT AGENCY ACCOUNT | | | | | | | | | |
| 42. - BANK OF AMERICA MONEY MARKET FUND | A | Int./Div. | J | T | Distributed (part) | 03/23/15 | M | | |
| 43. | | | | | Distributed (part) | 10/20/15 | K | | |
| 44. - COLUMBIA DIVIDEND INCOME FUND | A | Dividend | K | T | Sold (part) | 01/23/15 | J | C | |
| 45. | | | | | Sold (part) | 10/20/15 | J | C | |
| 46. - COLUMBIA SELECT LARGE CAP GROWTH FUND | A | Dividend | J | T | Sold (part) | 10/20/15 | J | A | |
| 47. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 48. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 49. - JANUS ENTERPRISE FUND | A | Dividend | J | T | | | | | |
| 50. - TOUCHSTONE SMALL CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 51. - OPPENHEIMER INTL GROWTH FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - VANGUARD FTSE DEVELOPED MARKETS FUND | A | Dividend | J | T | Sold (part) | 10/20/15 | J | A | |
| 53. - COLUMBIA SHORT TERM MUNICIPAL BOND FUND | A | Dividend | J | T | Sold (part) | 01/23/15 | J | A | |
| 54. | | | | | Sold (part) | 10/20/15 | J | A | |
| 55. - FIDELITY ADVISOR FLOATING RATE HIGH INCOME FUND | A | Dividend | J | T | Sold (part) | 10/20/15 | J | A | |
| 56. - LAZARD EMERGING MARKETS PORTFOLIO FUND | A | Dividend | | | Buy (add'l) | 08/26/15 | J | | |
| 57. | | | | | Closed | 10/20/15 | J | A | |
| 58. - PIMCO ALL ASSET FUND | A | Dividend | | | Closed | 08/20/15 | J | A | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 07/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **CHARLES E. ERDMANN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544